UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ECTOR CASTILLO,

                Plaintiff,

vs.

PATRIOT DRILLING, LLC and           Case No. 11-CV-00129 CG/GBW
CIMAREX ENERGY CO.,

                Defendants.

**REMAND ORDER**

**THIS MATTER** comes before the Court on the parties' Stipulated Motion for Remand. (Doc. 10). The Court, having reviewed the Stipulated Motion and determining that all parties are in agreement, finds that the Motion is well-taken and will be **GRANTED**.

**IT IS THEREFORE ORDERED** that the case is remanded to the Fifth Judicial District Court, State of New Mexico, Judge Gary L. Clingman presiding.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE

Submitted by:

MADISON, HARBOUR & MROZ, P.A.

/s/Robert J. Mroz
_____
Robert J. Mroz, Esq.
Jennifer L. Collins, Esq.
P.O. Box 25467
Albuquerque, NM  87125-5467                 (505) 242-2177

*Attorneys for Cimarex Energy Co.*

Approved by:

STOUT & STOUT

*Telephonic approval 03-14-11*
Mark L. Stout, Esq.
PO Box 716
Hobbs, NM 88241-0716
*Attorney for Plaintiff*

MCCORMICK CARAWAY TABOR &                                              BYERS LLP

*Telephonic approval 03-14-11*
Cas F. Tabor. Esq.
P.O. Box 1718
Carlsbad, NM 88221-1718
*Attorney for Defendant Patriot Drilling, LLC*